```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01354
   GLORIA JEAN STOVALL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6570

----------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------
     The case was filed on 01/17/2005 and was confirmed 03/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 08/06/2007.
----------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------
CITIFINANCIAL              SECURED            500.00        52.60         228.77
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
NATIONAL CITY HOME LN/ A   CURRENT MORTG        .00          .00            .00
NATIONAL CITY HOME LN/ A   MORTGAGE ARRE   27916.82          .00       14812.10
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED         .00            .00
LINCOLN CEMETERY           UNSECURED            .00          .00            .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED         .00            .00
PREMIER BANCARD CHARTER    UNSECURED          563.24         .00            .00
LEDFORD & WU               DEBTOR ATTY      2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                        940.94
DEBTOR REFUND              REFUND                                          15.59

     Summary of Receipts and Disbursements:
----------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------
TRUSTEE              18,250.00

PRIORITY                                          .00
SECURED                                     15,040.87
   INTEREST                                     52.60
UNSECURED                                         .00
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           940.94
DEBTOR REFUND                                   15.59
                     --------------         --------------
TOTALS               18,250.00              18,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/13/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |